**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: K.J., A JUVENILE        :   No. 573 MAL 2015
                                         :
                                         :

PETITION OF: K.J., A JUVENILE     :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.